UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN E. ALLEN,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL M. SCHULTZ,<br><br>    Respondent. | 1:05-CV-00005-REC-SMS-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #11) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 19, 2005, petitioner filed a motion to extend time to file a traverse to the respondent's answer filed on April 26, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:**   **June 17, 2005**                  **/s/ Sandra M. Snyder**
ah0l4d                                         UNITED STATES MAGISTRATE JUDGE