# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN E. ALLEN, | CV F 05-0005 AWI SMS HC |
| Petitioner, | ORDER DIRECTING THE CLERK OF COURT TO RE-SERVE THE FINDINGS AND RECOMMENDATIONS OF JULY 18, 2006 AT PETITIONER'S NEW ADDRESS OF RECORD |
| v. | |
| PAUL M. SCHULTZ, | [Docs, 16, 17] |
| Respondents. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 18, 2006, the undersigned issued Findings and Recommendations recommending that the instant petition be denied and judgment be entered in favor of Respondent. (Court Doc. 16.) On July 25, 2006, Petitioner filed a notice of change of address, which was dated July 17, 2006. (Court Doc. 17.) Because it appears that Petitioner may have been re-located prior to the date the Court issued the Findings and Recommendations, in the interest of justice, the Court will direct the Clerk of Court to re-serve the Findings and Recommendations on Petitioner at his new address of record. The time frame within which to file objections will commence from the date of service of this order.

Accordingly, it is HEREBY ORDERED that the Clerk of Court shall re-serve the Findings and Recommendations issued July 18, 2006, at Court Document 16, at Petitioner's new address of record.

1  IT IS SO ORDERED.

2  **Dated:**    **August 29, 2006**                      /s/ Sandra M. Snyder
   icido3                                  UNITED STATES MAGISTRATE JUDGE